Case 5:18-cv-00166   Document 1-1   Filed 02/16/18   Page 1 of 3



# Case #2017CI22031

**Name**: DONNA NORLIN

**Date Filed** : 11/20/2017

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 131

**Docket Type** : OTHER CIVIL CASES

**Business Name** :

**Style** : DONNA NORLIN

**Style (2)** : vs ORCKE CORPORATION ET AL

# EXHIBIT A

# Case History

*Currently viewing all 22 records*

| Sequence | Date Filed | Description |
|---|---|---|
| O00001 | 1/31/2018 | ORDER<br>GRANTING DEFNDT THE UNIVERSITY OF HEALTH SCIENCE CENTER PLEA TO THE JURISDICTION<br>JUDGE: CATHLEEN M STRYKER<br>VOL: 4861 PAGE: 2402 PAGE COUNT: 1 |
| P00018 | 1/31/2018 | JUDGES DOCKET NOTES |
| P00017 | 1/31/2018 | HEARING/TRIAL CRT REPORTER ASSIGNED<br>MHV MARY H VARGAS, 224TH DISTRICT COURT |
| T00016 | 1/22/2018 | NON-JURY<br>SETTING ON SECOND AMENDED PLEA TO THE JURISDICTION<br>**ASSIGNED TO JUDGE STRYKER**<br>COURT: 109 TRIAL DATE & TIME: 1/26/2018 8:30AM |
| P00015 | 1/18/2018 | SECOND AMENDED<br>PLEA TO JURISDICTION, SPECIAL EXCEPTIONS<br>, AMENDED RULE 91A MOTION TO DISMISS & 1<br>ST AMENDED ANSWER |
| P00014 | 1/17/2018 | RESPONSE<br>IN SUPPORT OF ITS PLEA TO THE JURISDICTI<br>ON |
| P00013 | 1/17/2018 | AMENDED<br>PLEA TO THE JURISDICTION, SPECIAL EXCEPT<br>IONS, RULE 91A MOTION TO DISMISS AND ORI<br>GINAL ANSWER |
| P00012 | 1/17/2018 | RESPONSE<br>TO PLEA TO THE JURISDICTION |
| P00011 | 1/17/2018 | CHANGE OF ADDRESS FILED FOR<br>DON W DOYLE |
| P00010 | 1/17/2018 | FIRST AMENDED PETITION |
| P00009 | 1/12/2018 | LETTER TO DISTRICT CLERK<br>FR: KEN PAXTON ATTY GEN RE: PROPOSED O<br>RDER GRANTING DEFT/THE UNIV OF TX HEALTH<br>SCIENCES CENTER- SAN ANTONIO'S PLEA TO<br>THE JURISDICTION & SPECIAL EXCEPTIONS |
| T00008 | 1/11/2018 | NON-JURY<br>SETTING ON PLEA TO THE JURISDICTION &<br>SPECIAL EXCEPTIONS<br>**DROP**<br>COURT: 109 TRIAL DATE & TIME: 1/18/2018 8:30AM |
| P00007 | 1/8/2018 | ORIGINAL ANSWER OF<br>THE UNIVERSITY OF TEXAS HEALTH SCIENCES<br>CENTER-SAN ANTONIO, PLEA TO THE JURISDIC<br>TION, SPECIAL EXCEPTIONS, RULE 91 AND MO<br>TION TO DISMISS |

| Sequence | Date Filed | Description |
|---|---|---|
| P00006 | 12/21/2017 | ORIGINAL ANSWER OF<br>ORACLE CORPORATION |
| S00003 | 12/14/2017 | CITATION CERTIFIED MAIL<br>THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER SAN<br>ISSUED: 12/14/2017 RECEIVED: 12/14/2017<br>EXECUTED: 12/18/2017 RETURNED: 12/20/2017 |
| P00005 | 12/13/2017 | SERVICE ASSIGNED TO CLERK 3 |
| P00004 | 12/13/2017 | REQUEST FOR SERVICE AND PROCESS |
| S00002 | 11/22/2017 | CITATION CERTIFIED MAIL<br>THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER SAN<br>ISSUED: 11/22/2017 RECEIVED: 11/22/2017<br>EXECUTED: 12/1/2017 RETURNED: 12/4/2017 |
| S00001 | 11/22/2017 | CITATION CERTIFIED MAIL<br>ORACLE CORPORATION<br>ISSUED: 11/22/2017 RECEIVED: 11/22/2017<br>EXECUTED: 12/4/2017 RETURNED: 12/7/2017 |
| P00003 | 11/20/2017 | SERVICE ASSIGNED TO CLERK 1 |
| P00002 | 11/20/2017 | JURY FEE PAID |
| P00001 | 11/20/2017 | PETITION |