# State Court Filings

EXHIBIT B